## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No.: 4:19cr13-MW/MAL**

**WILLIE LEON POWELL,**

        ***Defendant.***

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 142, and has also reviewed *de novo* Defendant's objections, ECF No. 143. This Court finds Defendant's objections unavailing.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 142, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 136, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on August 27, 2024.**

                        **s/Mark E. Walker_____**
                        **Chief United States District Judge**

2