IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 4:19cr13-MW/MAL

WILLIE LEON POWELL,

    *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 142, and has also reviewed *de novo* Defendant's objections, ECF No. 143. This Court finds Defendant's objections unavailing.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 142, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 136, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

SO ORDERED on August 27, 2024.

                                          **s/Mark E. Walker**
                                          **Chief United States District Judge**